242

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Harlando Omar CARR, Defendant— Appellant.**

**No. 09–6808.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 8, 2011.

Decided: March 21, 2011.

Harlando Omar Carr, Appellant Pro Se. Jennifer P. May–Parker, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harlando Omar Carr appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Legree*, 205 F.3d 724, 728–29 (4th Cir.2000); *United States v. Carr*, No. 5:96–cr–00020–H–1 (E.D.N.C. Apr. 21, 2009). We deny Carr's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*